# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Stubert Martin Turpie Jr,**        **BK NO. 22-00330 HWV**
      **Marjorie Lee Turpie**

              **Debtor(s)**            **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                                       Respectfully submitted,

                                         /s/ *Rebecca Solarz*
                                         Rebecca Solarz
                                         15 Mar 2022, 12:57:50, EDT

                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         215-627-1322