United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-00330-HWV
Stubert Martin Turpie, Jr.  Chapter 13
Marjorie Lee Turpie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Mar 29, 2022    Form ID: ordsmiss    Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stubert Martin Turpie, Jr., Marjorie Lee Turpie, 586 Fort Loudon Road, Mercersburg, PA 17236-8617 |
| 5461417 | + | FNB Omaha, 1620 Dodge St, Omaha, NE 68197-0003 |
| 5461421 | | Nationstar Mortgage Mr. Cooper, PO Box 199111, Dallas, TX 75235 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5461413 | | EDI: CAPITALONE.COM | Mar 29 2022 22:43:00 | Capital One, P O Box 85167, Richmond, VA 23285-5167 |
| 5463479 | | EDI: CAPITALONE.COM | Mar 29 2022 22:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5461414 | + | Email/Text: julie@gotoafs.com | Mar 29 2022 18:36:00 | Cashnet Financial, C/O Accelerated Financial Solution, 39 Monette Pkwy, Smithfield, VA 23430-2577 |
| 5461415 | | EDI: DISCOVER.COM | Mar 29 2022 22:43:00 | Discover, P O Box 15316, Wilmington, DE 19850 |
| 5461416 | + | EDI: BLUESTEM | Mar 29 2022 22:43:00 | Fingerhut Direct, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5461418 | + | EDI: PHINGENESIS | Mar 29 2022 22:43:00 | Indigo Mastercard, PO Box 4499, Beaverton, OR 97076-4499 |
| 5461419 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Mar 29 2022 18:36:00 | Logix Federal Credit Union, 2340 Hollywood Way, Burbank, CA 91505-1124 |
| 5466263 | + | EDI: AISMIDFIRST | Mar 29 2022 22:43:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5461422 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 29 2022 18:36:00 | West Penn Power, P O Box 16001, Reading, PA 19612-6001 |
| 5466168 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 29 2022 18:36:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5461420 | | Mecury Card FB & T |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael John Csonka | on behalf of Debtor 1 Stubert Martin Turpie Jr. office@csonkalaw.com, kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Marjorie Lee Turpie office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stubert Martin Turpie Jr.,

    **Debtor 1**

Marjorie Lee Turpie,

    **Debtor 2**

Chapter 13

Case No. 1:22−bk−00330−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 29, 2022

ordsmiss (05/18)